IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00257-CV

 

Bernie Dunaway,

                                                                      Appellant

 v.

 

Citibank,

                                                                      Appellee

 

 

 



From the 66th District Court

Hill County, Texas

Trial Court No. 40417

 



MEMORANDUM  Opinion



 








          The Clerk of this Court
notified the appellant that the $125 filing fee in this cause had not been paid
and that the appeal would be dismissed if
the appellant did not pay the fee within ten days.  See Tex. R. App. P. 42.3(c).  No response has been received.  Accordingly, the appeal
is dismissed.  Id.




 

PER CURIAM

 

Before Chief Justice
Gray,

Justice
Reyna, and

Judge
Dietz (Sitting by Assignment)[1]

Appeal dismissed

Opinion delivered and
filed September 7, 2005

[CV06]









[1]
          John K. Dietz, Judge of the 250th
District Court of Travis County, sitting by assignment of the Chief Justice of
the Texas Supreme Court pursuant to section 74.003(h) of the Government Code.  See
Tex. Gov't Code Ann. § 74.003(h)
(Vernon 2005).